# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1405
Lower Tribunal No. 2021-CA-003129-OC

_____

SHERRY RAPOSO,

Appellant,

v.

LISA LATHAM, ASCEND ACCOUNTING AND FORENSIC INC., LIZBETH MARTELL, and
ARTEMIS LIFESTYLE SERVICES, INC.,

Appellees.

_____

Appeal from the Circuit Court for Osceola County.
Robert J. Egan, Judge.

February 20, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, MIZE and BROWNLEE, JJ., concur.


Sherry Raposo, Kissimmee, pro se.

Ava M. Sigman and Bradley J. Anderson, of Zimmerman, Kiser & Sutcliffe, P.A., Orlando, for Appellees, Lisa Latham and Ascend Accounting and Forensic, Inc.

No Appearance for Appellees, Lizbeth Martel and Artemis Lifestyle Services, Inc.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED